IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| B.A. and VANDA PHARMACEUTICALS INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION et al., <br><br> *Defendants*. | No. 2:25-cv-00032-JLB-KCD |

**JOINT MOTION FOR ENTRY OF
STIPULATED INTERIM PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), the parties jointly move for the entry of the Stipulated Interim Protective Order, attached hereto as Exhibit 1, to protect information B.A. claims as confidential while the Court adjudicates her motion to proceed by pseudonym. Under the Stipulated Interim Protective Order, plaintiff B.A. will be able to share her identity with defendants subject to confidentiality protection while the Court decides whether she may proceed with this litigation using a pseudonym, and the continued confidentiality of her identity will be ensured should the Court grant the motion to proceed by pseudonym. Entry of the attached protective order will enable the parties to move this litigation forward expeditiously, without

1

prejudice to B.A.'s privacy interests while the Court considers her motion.

The parties therefore jointly and respectfully request that the Court grant this motion and enter the Stipulated Interim Protective Order.

Dated: March 11, 2025                                    Respectfully submitted,

/s/ *Audrey M. Pumariega*                                /s/ *Noah T. Katzen*
Audrey M. Pumariega                                      Noah T. Katzen
Florida Bar No. 85206                                    Trial Attorney
MCDERMOTT WILL & EMERY LLP                               Consumer Protection Branch
333 SE 2nd Avenue                                        Civil Division
Suite 4500                                               U.S. Department of Justice
Miami, FL 33131                                          P.O. Box 386
(305) 358-3500                                           Washington, DC 20444
apumariega@mwe.com                                       (202) 305-7134
                                                         noah.t.katzen@usdoj.gov

Paul W. Hughes (*pro hac vice*)
Sarah P. Hogarth (*pro hac vice*)                        *Attorneys for Defendants*
Andrew A. Lyons-Berg (*pro hac vice*)
Grace Wallack (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com

*Attorneys for Plaintiffs*

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), I hereby certify that I have met and conferred with Defendants' counsel and the motion is agreed to.

<em><u>Audrey M. Pumariega</u></em><br>
Audrey M. Pumariega